**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000120
15-OCT-2019
09:22 AM**

NO. CAAP-19-0000120

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ADAM L. JOSIAH, Claimant-Appellee/Appellee, v.
TARGET CORPORATION, Employer-Appellee/Appellee,
and SEDGWICK CMS-HAWAII, Insurance Adjuster-Appellee/Appellee,
and SPECIAL COMPENSATION FUND, Appellant-Appellant

LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2017-211 (DCD NO. 2-09-10098))

ORDER APPROVING STIPULATION TO DISMISS CLAIMANT-APPELLEE/APPELLEE
(By: Ginoza, Chief Judge, Fujise and Hiraoka, JJ.)

Upon consideration of the "Stipulation to Dismiss Claimant-Appellee/Appellee [Adam L. Josiah (**Claimant**)] Without Prejudice from Appellant-Appellant Special Compensation Fund's [(**Appellant**)] Appeal," filed August 20, 2019, by Appellant, it appears that (1) the appeal was docketed on April 30, 2019; (2) the parties stipulate to dismiss Claimant as a party to the appeal; (3) the stipulation is dated and signed by counsel for

all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss Claimant Adam L. Josiah as a party is approved.

DATED:  Honolulu, Hawaiʻi, October 15, 2019.


Chief Judge

Associate Judge

Associate Judge

2